IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

pdrGRAYSON DENTAL LAB,
LLC.,

      Petitioner,

v.

PROGRESSIVE DENTAL
RECONSTRUCTION, INC.,
KENNETH S. BRAIMAN, JERI
BRAIMAN, GEOFFREY
BRAIMAN, and DIL-USA, INC.,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5785

Opinion filed February 27, 2017.

Petition for Writ of Prohibition -- Original Jurisdiction.

Kenneth B. Bell, Michael Freed, and John Terwilleger of Gunster Yoakley & Stewart, P.A., Jacksonville, for Petitioner.

No appearance for Respondents.

PER CURIAM.

      The petition for writ of prohibition is denied on the merits.

WOLF, LEWIS, and WETHERELL, JJ., CONCUR.